# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137412

FRANKLIN ALLEY and JANET ALLEY,
      Plaintiffs-Appellees,

v

                              SC: 137412
                              COA: 283634
FRANK SECK, D.O., and CEDAR AVENUE      Gladwin CC: 07-003343-NH
FAMILY PRACTICE,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the August 22, 2008 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Holman v Rasak* (Docket No. 137993) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2009

Clerk

d0430